# EXHIBIT A

This case has been designated as an eFiling case, for more information please visit www.oakgov.com/efiling.

S T A T E  O F  M I C H I G A N

IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

| | |
|---|---|
| YOUNCHONG CHO WOJCIECHOWSKI, | 2025-216039-NP |
| | CASE NO.: 2025-       -NP |
| Plaintiff, | |
| | JUDGE:  JUDGE KWAME' L. ROWE |
| v. | |
| | |
| KRAFT HEINZ, a foreign limited liability company, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| Defendant. | |
| _____/ | |
| DALE M. SMITH (P38619) | There is no pending or resolved civil |
| Attorney for Plaintiff | action arising out of the same transaction |
| 808 East Maple Street | or occurrence as alleged in the Complaint. |
| Holly, MI 48442 (248) 634-7831 | |
| dmslawyer@att.net | |

### GENERAL ALLEGATIONS

NOW COMES Plaintiff, YOUNCHONG CHO WOJCIECHOWSKI, by and through her attorney, Dale M. Smith, and for her Complaint states as follows:

1. That the Plaintiff is an individual residing in the State of Michigan and in this County.

2. That the Defendant is a foreign limited liability company who regularly conducts business in this State and in this County.

3. That the amount in controversy is in excess of $25,000.00, exclusive of interest, costs, and attorney fees.

4. That on or about August, 2023, Plaintiff purchased a bottle of Heinz ketchup from a local retailer.

5. That shortly after consuming the ketchup, she became ill.

FILED   Received for Filing   Oakland County Clerk   7/3/2025 10:58 AM

6. That she suffered from hives and muscle cramps that were so severe that she was hardly able to move.

7. That she soon discovered that the ketchup was moldy and was the cause for her symptoms.

8. That she continues to suffer from the effects of the moldy ketchup.

COUNT I
STRICT LIABILITY – DEFECT IN DESIGN – PRODUCT LIABILITY

9. That Plaintiff incorporates by reference paragraphs 1 through 8.

10. That Defendant participated in creation and sale of the ketchup.

11. That the design defect made the product unreasonably dangerous.

12. That the product remained unchanged and was in the same condition at the time of the injury hereafter alleged.

13. That as a direct and proximate cause of Defendant's creation of the defectively designed product, Plaintiff sustained permanent injury.

COUNT II
NEGLIGENT DESIGN – PRODUCT LIABILITY

14. That Plaintiff incorporates by reference paragraphs 1-14 above.

15. That Defendant created and manufactured the product which had a defective design or was defectively manufactured.

16. That, accordingly, Defendant owed a duty to Plaintiff to ensure that the product was designed and manufactured in such a way that made it safe for consumption and its intended purpose.

17. That Defendant knew or should have known creating and manufacturing the product that it was designed defectively or manufactured, creating a unreasonable risk of injury to Plaintiff.

18. That Defendant was negligent in failing to properly design, created and manufacture the product, creating a clear and immediate risk of serious injury. As a direct and proximate result, Plaintiff sustained serious injury.

WHEREFORE, Plaintiff demands judgment against Defendant in the amount of Two Hundred Fifty Thousand Dollars ($250,000.00), plus interest, costs and any other relief this Court deems appropriate.

I declare that the statements above are true to the best of my information, knowledge and belief.

DATED: July 3, 2025                    /s/ Younchong Cho Wojciechowski
                                       Younchong Cho Wojciechowski
                                       Plaintiff


DATED: July 3, 2025                    /s/ Dale M. Smith
                                       Dale M. Smith (P38619)
                                       Attorney for Plaintiff


DEMAND FOR TRIAL BY JURY

Plaintiff demands trial by jury.

DATED: July 3, 2025                    /s/ Dale M. Smith
                                       Dale M. Smith (P38619)
                                       Attorney for Plaintiff